**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARQUISE D. WILLIAMS,

                Plaintiff,

-against-                                  20 **CIVIL** 5098 (CS)

**JUDGMENT**

OFFICER SALVUCCI #531 and SERGEANT
CIMORELLI,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 12, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      December 12, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                      **BY:**       *K. Mango*

                                                    **Deputy Clerk**